IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MIRANDA WILLIAMS

    PLAINTIFF

VS.                                            CASE NO.: 1:08-CV-210-WKW

JOANN SMITH IN HER
OFFICIAL CAPACITY AS            A TRIAL BY JURY
PROBATE JUDGE OF                IS REQUESTED
HENRY COUNTY, ALABAMA
and INDIVIDUALLY,

    DEFENDANT.

## COMPLAINT

### I. INTRODUCTION

1.  This is an action for money damages instituted to secure the protection of and to redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U.S.C. Section 1981, which provides for relief from racial discrimination in employment.

### II. JURISDICTION

2.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331, 1343(4); 28 U.S.C. Sections 2201 and 2202.

3.  The unlawful employment practices alleged herein below were committed by the Defendant within Henry County, Alabama. Venue is proper under 28 U.S.C. Section 1391(b).

### III. STATEMENT OF ALLEGATIONS

4.  Plaintiff is a black female resident of this District who began her employment with the Office of Probate Judge for Henry County on July 17, 1999;

MALCOLM R. NEWMAN
ATTORNEY, P.C.
P.O. Box 6137
Dothan, AL. 36302-6137

5. Plaintiff was employed as a Clerk with general duties;

6. Over the course of time Plaintiff through on-the-job training became proficient in bookkeeping;

7. Prior to January 2007, the Position of Bookkeeper became open but was not posted;

8. On January 21, 2007, Plaintiff learned that the position was filled by a clerk with less seniority than Plaintiff;

9. Subsequently, Plaintiff began to complain about her being passed over and became a target for retaliation because of her complaints and her race.

## IV. CLAIMS FOR RELIF

10. Plaintiff claims of the Defendant an amount of money as compensation for the psychological and emotional pain and suffering her actions caused, in an amount to be determined by the jury but no less than $200,000.00 plus fees and costs.

Malcolm R. Newman, Attorney, P.C.

*Malcolm Rance Newman*
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004424
Cashier ID: khaynes
Transaction Date: 03/25/2008
Payer Name: MALCOLM R NEWMAN
------------------------------------
CIVIL FILING FEE
 For: MALCOLM R NEWMAN
 Case/Party: D-ALM-1-08-CV-000210-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 2786
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

1:08-cv-00210-WKW-SRW

Williams v. Smith