AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Miranda Williams

**SUMMONS IN A CIVIL ACTION**

V.

JoAnn Smith in her Official Capacity as Probate Judge of Henry County, Alabama and Individually

CASE NUMBER: 1:08-CV-210-WKW

TO: (Name and address of Defendant)

JoAnn Smith, Probate Judge
101 Court Square
Suite A
Abbeville, Alabama 36210-2135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Attorney, P.C.
219 West Crawford Street
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                           3-26-08

CLERK                                      DATE

(By) DEPUTY CLERK