| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): T. B;Hs   B. Date of Delivery: 3/24/08<br>C. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>JoAnn Smith, Probate Judge<br>101 Court Square<br>Suite A<br>Abbeville, Alabama 36310-2135 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>1:08CV210<br>S+c |
| | 3. Service Type<br>■ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7007 0220 0002 7385 5653 |

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789