IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIRANDA WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs, | ) CIVIL ACTION NO.: 1:08-CV-210-WKW |
| | ) |
| JOANN SMITH IN HER | ) |
| OFFICIAL CAPACITY AS | ) |
| PROBATE JUDGE OF HENRY | ) |
| COUNTY, AL AND INDIVIDUALLY | ) |
|    Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Defendant Judge Joann Smith in her official and individual capacities, and files this Motion to Dismiss. Plaintiff's Complaint is due to be DISMISSED in its entirety based on the following grounds:

1. Plaintiff has failed to state a prima facie case based on a failure to promote theory pursuant to 42 U.S.C. § 1981 because she has failed to allege that an equally or less qualified employee who is not a member of her protected class was selected.

2. Plaintiff has failed to state a prima facie case based on a retaliation claim pursuant to 42 U.S.C. § 1981 because she has failed to allege that she participated in a protected activity. She has also failed to allege that she suffered an adverse action.

3. Judge Smith is entitled to qualified immunity on all claims.

Respectfully submitted this the 16th day of April, 2008.

        **s/Jamie K. Hill**
        ROBBIE ALEXANDER HYDE   (ALE023)
        JAMIE K. HILL (HIL060)
        Attorneys for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  jhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 16, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Malcom R. Newman, Esq.**

        **Jamie K. Hill**
        Of Counsel