IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MIRANDA WILLIAMS** | \* |
| | \* |
| **PLAINTIFF,** | \* |
| | \* |
| **VS.** | \* CASE NO.: 1:08-CV-210-WKW |
| | \* |
| **JOANN SMITH IN HER** | \* |
| **OFFICIAL CAPACITY AS** | \* A TRIAL BY JURY |
| **PROBATE JUDGE OF** | \* IS REQUESTED |
| **HENRY COUNTY, ALABAMA** | \* |
| **and INDIVIDUALLY,** | \* |
| | \* |
| **DEFENDANT.** | \* |

## AMENDED COMPLAINT

### I. INTRODUCTION

**1.** This is an action for money damages instituted to secure the protection of and to redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U.S.C. Section 1981, which provides for relief from racial discrimination in employment.

### II. JURISDICTION

**2.** Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331, 1343(4); 28 U.S.C. Sections 2201 and 2202.

**3.** The unlawful employment practices alleged herein below were committed by the Defendant within Henry County, Alabama. Venue is proper under 28 U.S.C. Section 1391(b).

### III. STATEMENT OF ALLEGATIONS

**A. Failure to Promote**

 **4.** Plaintiff is a black female resident of this District who began her employment with the Office of Probate Judge for Henry County on July 17, 1999;

 **5.** Plaintiff was employed as a Clerk with general duties;

 **6.** Over the course of time Plaintiff through on-the-job training became proficient in bookkeeping;

 **7.** Prior to January 2007, the Position of Bookkeeper became open but was not posted;

 **8.** On January 21, 2007, Plaintiff learned that a white female co-worker , Karen Hall was given the promotion despite Plaintiffs greater seniority;

 **B**. **Retaliation**

 **9.** Plaintiff complained about being passed over for the position and was subsequently summoned to her supervisor's office and told to say nothing more about the situation;

 **10.** Thereafter Plaintiff was reprimanded for not answering a white (Renae Bailey) co-worker's question even though she did not know the answer;

 **11.** In June 2007, when Plaintiff returned from her vacation she was reprimanded for leaving unfinished reports before going on vacation. Karen Hall's job was to check these same reports before Plaintiff left, but she was not reprimanded;

 **12.** While Plaintiff was employed with Defendant's office, no one had ever been reprimanded for unfinished reports;

 **13**. Defendant belittled Plaintiff by saying, "Your tubal ligation has affected your brain."

 **IV.CLAIMS FOR RELIF**

**14.** Plaintiff claims of the Defendant an amount of money as compensation for the psychological and emotional pain and suffering her actions caused, in an amount to be determined by the jury but no less than $200,000.00 plus fees and costs.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Plaintiff
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M