IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIRANDA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs, | ) CIVIL ACTION NO.: 1:08-CV-210-WKW ) |
| JOANN SMITH IN HER OFFICIAL CAPACITY AS PROBATE JUDGE OF HENRY COUNTY, AL, AND INDIVIDUALLY, Defendant. | ) ) ) ) ) ) |

### DEFENDANT'S MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT

**COMES NOW** Defendant Joann Smith in her official and individual capacities and files this Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff's Amended Complaint is due to be DISMISSED based on the following grounds:

1. Plaintiff's Amended Complaint fails to meet the notice pleading standard required by Rule 8 of the Federal Rule of Civil Procedures.

2. Plaintiff has not stated a claim of racial discrimination in violation of 42 U.S.C. § 1981 for which relief may be granted.

3. Plaintiff has not stated a claim of retaliation in violation of 42 U.S.C. § 1981 for which relief may be granted.

4. Judge Joann Smith is entitled to qualified immunity in her individual capacity.

Wherefore, these premises considered, Defendant Joanne Smith, in her official capacity as Probate Judge and individual capacity, respectfully requests that Plaintiff's Amended Complaint be dismissed with prejudice.

Respectfully submitted this the 29th day of August, 2008.

        **s/Jamie K. Hill**
        ROBBIE ALEXANDER HYDE   (ALE023)
        JAMIE K. HILL (HIL060)
        Attorneys for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  jhill@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 29, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Malcom R. Newman, Esq.**

        **Jamie K. Hill**
        Of Counsel